The court, therefore, erred in sustaining the motion for an instructed verdict.

For these reasons, the judgment is reversed and the cause remanded for a new trial.

ROSS, PJ, and HAMILTON, J, concur.

## MECK, In Re

Ohio Appeals, 6th Dist, Lucas Co

Decided Nov 4, 1935

Ralph Emery, chairman, Toledo, John W. Hackett, Toledo, Howard H. Jacobson, Toledo, Robert C. Dunn, Toledo, and Joel S. Rhinefort, Toledo, committee.

Chester A. Meck, Toledo, in propria persona.

For full opinion see 5 OO 102; 51 Oh Ap 237.

## McWILLIAMS et v
## CENTRAL TRUST CO et

Ohio Appeals, 1st Dist, Hamilton Co

Decided April 22, 1935

Fitzpatrick & Quane, Cincinnati, Gilbert Bettman, Cincinnati, and Arthur J. O'Connell, Cincinnati, for plaintiffs in error.

Paxton & Seasongood, Cincinnati, Dempsey & Dempsey, Cincinnati, and Robert B. Goldman, Cincinnati, for defendants in error.

For full opinion see 5 OO 104; 51 Oh Ap 246.